

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00097-CV

| | | |
|---|---|---|
| Sheik Tehuti as Executor for The Fahamme Nation of Nations | § | From the 67th District Court |
| v. | § | of Tarrant County (67-282078-15) |
| The Bank of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company, N.A. as Successor to JP Morgan Chase Bank, as Trustee for Residential Asset Securities Corporation | § | May 19, 2016 |
| | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM